IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-78 |
| | : | |
| DARIUS CARTER | : | UNDER SEAL |

## **ORDER**

AND NOW, this 8th day of December, 2022, upon consideration of the Pre-Sentence Investigation Report and the parties' sentencing memoranda, as well as the parties' in-court arguments, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED Defendant's Darius Carter's objections are OVERRULED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.